UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH DAKOTA

In re:                                )    Bankr. No. 11-40255
                                      )    Chapter 7
PATRICK DAVID BOYLES                  )
SSN/ITIN xxx-xx-1614                  )
                                      )
and                                   )    ORDER RE:  TRUSTEE'S
                                      )    MOTION FOR TURNOVER
BRENDA JEAN BOYLES                    )
SSN/ITIN xxx-xx-7377                  )
                                      )
              Debtors.                )

Upon consideration of Trustee Lee Ann Pierce's Motion for Turnover (doc. 14), Debtors' Amendment to Schedules B & C (doc. 15) and response (doc. 16), and the record before the Court; and it appearing the parties have advised the Court, through the submission of a proposed order, of their consent to the relief set forth herein, and for cause shown; now, therefore,

IT IS HEREBY ORDERED Debtors shall turn over $3,062.00 to Trustee Pierce by making 15 monthly payments of $200.00 beginning September 1, 2011 and one payment of $62.00 on or before December 1, 2012.

IT IS FURTHER ORDERED Debtors shall timely file their 2011 federal income tax return and provide a copy of that return to Trustee Pierce.  If Trustee Pierce receives Debtors' 2011 federal income tax refund, she shall retain the bankruptcy estate's 104/365ths share, less the $1,200 claimed exempt, apply the exempt portion and the remaining 261/365ths toward any balance of the $3,062.00 still owed, and forward any sum remaining to Debtors.  If Debtors receive their 2011 federal income tax refund, they shall promptly turn over to Trustee Pierce the bankruptcy estate's 104/365ths share, less the $1,200.00 claimed exempt, and as much of the exempt portion and remaining 261/365ths as may be necessary to satisfy any balance of the $3,062.00 still owed.

IT IS FURTHER ORDERED Debtor's payments to Trustee Pierce pursuant to this order shall be by cashier's check or money order payable to Lee Ann Pierce, Trustee for the Bankruptcy Estate of Patrick and Brenda Boyles, Bankr. No. 11-40255, Post Office Box 524, Brookings, South Dakota 57006.

So ordered:  July 20, 2011.

BY THE COURT:

Charles L. Nail, Jr.
Bankruptcy Judge

On the above date, a copy of this document was mailed or faxed to the parties shown on the Notice of Electronic Filing as not having received electronic notice and Debtor(s), if Debtor(s) did not receive electronic notice.

Frederick M. Entwistle
Clerk, U.S. Bankruptcy Court
District of South Dakota

NOTICE OF ENTRY
Under Fed.R.Bankr.P. 9022(a)

This order/judgment was entered on the date shown above.

Frederick M. Entwistle
Clerk, U.S. Bankruptcy Court
District of South Dakota